IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pitchford, Lanease R

Printed: 12/02/08

Case Number: 07 B 22158
Judge: Wedoff, Eugene R
Filed: 11/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: January 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,850.21 |  |
| Secured: |  | 450.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,293.02 |
| Trustee Fee: |  | 107.19 |
| Other Funds: |  | 0.00 |
| Totals: | 1,850.21 | 1,850.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,488.50 | 1,293.02 |
| 2. | Triad Financial Services | Secured | 8,578.30 | 450.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 45.60 | 0.00 |
| 5. | Target National Bank | Unsecured | 18.07 | 0.00 |
| 6. | Capital One | Unsecured | 74.26 | 0.00 |
| 7. | Cavalry Portfolio Services | Unsecured | 90.63 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 540.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 238.93 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 47.99 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 178.18 | 0.00 |
| 12. | ER Solutions | Unsecured | 52.40 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 144.00 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 20.23 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 11.71 | 0.00 |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | Aspen/Fb&T | Unsecured |  | No Claim Filed |
| 18. | Eucore Receivables Management | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | Paradigm Acceptance Co | Unsecured |  | No Claim Filed |
| 23. | First Northern Credit Union | Unsecured |  | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 26. | CCA | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pitchford, Lanease R

Printed: 12/02/08

Case Number: 07 B 22158
Judge: Wedoff, Eugene R
Filed: 11/27/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. | Cbe Group | Unsecured | | No Claim Filed |
| 30. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 31. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| 32. | First Northern Credit Union | Unsecured | | No Claim Filed |
| 33. | Midland Credit Management | Unsecured | | No Claim Filed |
| 34. | Northwestern Business College | Unsecured | | No Claim Filed |
| | | | $ 13,528.80 | $ 1,743.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 64.11 |
| 6.5% | 43.08 |
| | $ 107.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

